IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEWELETTE COURTNEY**                                                              **PLAINTIFF**

v.                                    Case No. 4:25-cv-01061-JM

**DEREK JOHNSON, #087998, Officer,**
**Pine Bluff Police Department,** *et al.*                                    **DEFENDANTS**

### ORDER

Plaintiff Jewelette Courtney's Complaint (Doc. 1) is dismissed without prejudice because she failed to pay the filing fee or move to proceed *in forma pauperis*, failed to amend her complaint as directed, and failed respond to the Court's October 16, 2025 Order as directed. (Doc. 2). LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 24th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE