IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEWELETTE COURTNEY**                                                             **PLAINTIFF**

**v.**                            **Case No. 4:25-cv-01061-JM**

**DEREK JOHNSON, #087998, Officer,**
**Pine Bluff Police Department,** *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE